IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CATHY ROBINSON,** *et al.***,** | : | |
| | : | Case No. 15-CV-3087 |
| **Plaintiffs,** | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Deavers |
| **CBC PIPELINE, LLC a/k/a CBC** | : | |
| **SERVICES, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Before the Court is the unopposed Motion to File Document Under Seal filed by Defendant CBC Pipeline, LLC ("CBC") (Doc. 26). Defendant asks the Court to allow parties to file both their Settlement Agreement and their Joint Motion for Final Approval of Settlement under seal. (Doc. 26 at 1.) Defendant provides no reason why the Court should grant the motion. Such rationale would be welcome because settlement agreements under the Fair Labor Standards Act, the law this case is brought under, "should not be filed under seal except under a very limited circumstance where parties can make a substantial showing that their need to seal the agreement outweighs the strong presumption of public access that attaches to judicial documents." *Wills v. Cellular Sales of Tenn., LLC*, No. 1:12-cv-391-CLC-SKL, 2014 WL 8251539, at *2 (E.D. Tenn. Aug. 18, 2014) (citations and internal quotation marks omitted). Parties have provided no reason why their desire to file the documents under seal outweighs the public interest in allowing access to the documents. As such, the Court **DENIES** the motion.

**IT IS SO ORDERED.**

                                                 <u>s/Algenon L. Marbley</u>
                                                 **ALGENON L. MARBLEY**
                                                 **UNITED STATES DISTRICT COURT**

**Dated: August 2, 2016**